UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNIVERSAL MARINE TRANSPORTATION, LLC | * * * | CIVIL DOCKET NO.: _____ |
| VERSUS | * * | JUDGE: _____ |
| LIBERTY MUTUAL INSURANCE COMPANY | * * | MAGISTRATE: _____ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>NOTICE OF REMOVAL</u>

NOW INTO COURT, through undersigned counsel, comes LIBERTY MUTUAL INSURANCE COMPANY, defendant in the state Court suit filed by Universal Marine Transportation, LLC, and now pending in the 23rd Judicial District Court for the Parish of Assumption, State of Louisiana, bearing Docket Number 33934-C, who file this Notice of Removal of the suit from the 23rd Judicial District Court for the Parish of Assumption, State of Louisiana, to the United States District for the Eastern District of Louisiana, and who respectfully aver:

1.

Plaintiff filed this action against Liberty Mutual Insurance Company in the 23rd Judicial District Court for the Parish of Assumption, State of Louisiana, and it is now pending therein under Docket Number 33934-C.

2.

On or about November 15, 2012, defendant was served notice of plaintiff's Petition for Damages. Therefore, pursuant to 28 USC §1446(b), this Notice of Removal is filed within thirty days of receipt of plaintiffs' initial state Court pleadings.

3.

No responsive pleadings have been filed to date.

4.

This is a civil action over which this Honorable Court has subject matter jurisdiction based on diversity of citizenship under 28 USC §1332(a), and is an action that may be removed to this Honorable Court pursuant to 28 USC §1441(a) and §1332(a), in that it is a civil action wherein the amount in controversy is reasonably believed to exceed the sum of $75,000, exclusive of interest and costs, and is between citizens of different states.

5.

Based upon the Petition, and upon information and belief, plaintiff is and was at the time of filing a resident of the State of Louisiana.

6.

At the commencement of this action and since that time, defendant, Liberty Mutual Insurance Company, is a foreign insurance company with its principal business establishment in Boston, Massachusetts.

7.

The time within which petitioners are required to file this Notice in order to remove this cause to this Court has not yet expired.  Petitioners at all times reserve their rights to contest jurisdiction, venue, sufficiency of service and citation and any other defense which it may have as respects the main demand.

8.

Attached as Exhibit "A" is the plaintiffs' Petition for Damages served upon defendant.

9.

Liberty Mutual Insurance Company desires to remove to this Court the proceeding now pending in the 23rd Judicial District Court for the Parish of Assumption, State of Louisiana, under and by virtue of the Acts of Congress of the United States of America and the United States Constitution, in particular, 28 U.S.C. §1332 and 28 U.S.C. §1446.

WHEREFORE, LIBERTY MUTUAL INSURANCE COMPANY prays that further proceedings in the 23rd Judicial District Court for the Parish of Assumption, State of Louisiana, be discontinued and that the suit be removed to the United States District Court for the Eastern District of Louisiana as the law in such cases provides, and that this Court enter any necessary orders of process so that this suit may proceed as if it had been originally commenced in this Court.

Respectfully submitted,

MAHTOOK & LAFLEUR, L.L.C.

ROBERT A. MAHTOOK, JR., #17034
KAITLIN J. DYER, #34528
Post Office Box 3089
Lafayette, Louisiana 70502-3089
(337) 266-2189

Attorneys for defendant,
LIBERTY MUTUAL INSURANCE
COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has this day been forwarded to all counsel of record either by depositing a copy of same in the United States Mail, properly addressed and postage prepaid, via facsimile and/or hand-delivery.

Lafayette, Louisiana, this 13th day of December, 2012.

_____
ROBERT A. MAHTOOK, JR.