| | |
|---|---|
| UNIVERSAL MARINE TRANSPORTATION, LLC | * STATE OF LOUISIANA |
| | DIVISION C |
| VERSUS NO. 33934 | * PARISH OF ASSUMPTION |
| LIBERTY MUTUAL INSURANCE COMPANY | * 23RD JUDICIAL DISTRICT COURT |

FILED
/s/ Gayle Boudreaux
DY CLERK OF COURT
ASSUMPTION PARISH, LA
DATE NOV 08 2012

### PETITION FOR DAMAGES

TO THE HONORABLE, THE TWENTY-THIRD JUDICIAL DISTRICT COURT, SITTING IN AND FOR THE PARISH OF ASSUMPTION, STATE OF LOUISIANA:

The petition of **UNIVERSAL MARINE TRANSPORTATION, LLC**, a Louisiana corporation, domiciled in the town of Plaquemine, Parish of Iberville, State of Louisiana, with respect, represents:

1.

The following parties are made defendants herein:

A. **LIBERTY MUTUAL INSURANCE COMPANY**, a foreign insurance company, authorized to do and doing business in the State of Louisiana, having appointed the Louisiana Secretary of State for service of process for suits filed against it in this State;

2.

At all times relevant herein, Universal Marine Transportation, LLC, was conducting business within Assumption Parish, as well as other parishes throughout the state, with the principal place of business being located in Iberville Parish, Louisiana.

3.

At all material times herein, Universal Marine Transportation, LLC was the owner of the vessel, M/V KATIE SUE.

4.

On or about July 30, 2012, the M/V KATIE SUE was transporting barges in Bayou Boeuf in Amelia, St. Mary Parish, Louisiana, when it began to take on water. The Captain of the vessel headed to the nearest dock; however, the vessel sank to the bottom at the dock. The dock where the boat ultimately sank is located in Assumption Parish, Louisiana. As a result of this sinking and resultant damage to the M/V KATIE SUE, petitioner suffered substantial loss.

**EXHIBIT A**

5.

Petitioner had in place a policy of insurance, Policy No. ATAAL9WA001 with an effective date of February 1, 2012 to February 1, 2013 (amended to September 5, 2012), which provided coverage for such damage and loss.

6.

Immediately after the incident, petitioner reported the claim to their Insurance, **LIBERTY MUTUAL INSURANCE COMPANY.**

7.

Despite demand by plaintiff, accompanied by satisfactory proof of loss, defendant has failed to pay an amount which would fully compensate plaintiff for loss contemplated by policy number, ATAAL9WA001.

8.

It is further asserted, that despite demand and adequate proof thereof, defendant has failed to reimburse petitioner a sum which would fully compensate it for the loss sustained from the damage to M/V KATIE SUE.

9.

Petitioners aver that **LIBERTY MUTUAL INSURANCE COMPANY**, failed and/or refused to comply with certain sections of the insurance agreement with petitioner, in the following non-exclusive particulars:

A) Failure to adjust claim in a timely manner;

B) Failure to pay claim;

C) Failure to pay claim in a timely manner;

D) In committing any and all other acts of fault which may be proven at the trial of this case.

10.

The defendant's actions have been arbitrary and capricious and have resulted in a breach of the defendant's duty to act in good faith and fair dealing which entitles plaintiffs to damages as set forth in La. R.S. 22:658.

11.

Petitioner, **UNIVERSAL MARINE TRANSPORTATION, L.L.C.** itemizes the damages which they are entitled to recover from defendant:

A) Loss and/or damage to the M/V KATIE SUE;
B) Salvage costs and fees;
C) Costs of vessel repairs, including parts and labor
D) Unpaid Business Income Loss; and
E) Damages set forth in *La. R.S. 22:658*.

12.

At the time of the filing of this petition, the matter in controversy exceeds the amount specified in Code of Civil Procedure Article 1732(1) pertinent to jury trials.

13.

Amicable demand has been made to no avail.

**WHEREFORE**, petitioners pray that after all legal proceedings are had, there be judgment herein in favor of petitioner, **UNIVERSAL MARINE TRANSPORTATION, L.L.C.** and against the defendant, **LIBERTY MUTUAL INSURANCE COMPANY**, for an amount consistent with the law and evidence, plus interest from the date of judicial demand until paid and for all costs of these proceedings.

Petitioners further pray for all general and equitable relief.

RESPECTFULLY SUBMITTED:

ARDOIN, MCKOWEN & ORY, LLC
505 West Third Street
Thibodaux, Louisiana 70301
(985) 446-3333 Telephone
(985) 446-3300 Facsimile

_____
DAVID W. ARDOIN, Bar Roll No. 24282

PLEASE SERVE:

**LIBERTY MUTUAL INSURANCE COMPANY**
through its agent for service
LOUISIANA SECRETARY OF STATE
8585 Archives Avenue
Baton Rouge, Louisiana 70809

A TRUE COPY
CLERK OF COURT'S OFFICE
NAPOLEONVILLE, LA. 70390
[signature]

| | | |
|---|---|---|
| UNIVERSAL MARINE TRANSPORTATION, LLC | * | STATE OF LOUISIANA |
| VERSUS NO. 33934 | * | PARISH OF ASSUMPTION |
| LIBERTY MUTUAL INSURANCE COMPANY | * | 23RD JUDICIAL DISTRICT COURT |

FILED
/s/ Gayle Boudreaux
DY CLERK OF COURT
NOV 0 8 2012

## REQUEST FOR WRITTEN NOTICE

TO THE HONORABLE THE TWENTY-THIRD JUDICIAL DISTRICT COURT, SITTING IN AND FOR THE PARISH OF ASSUMPTION, STATE OF LOUISIANA:

Pursuant to Louisiana Code of Civil Procedure, Article 1572, the Honorable Clerk of Court of the Parish of Assumption is hereby requested to give the undersigned counsel written notice by mail at least ten (10) days in advance, of the date fixed for the trial or hearing of this cause, whether on exception, rule or on the merits.

The Honorable Clerk of Court for the Parish of Assumption is further requested to forward the undersigned counsel notice of any order or judgment rendered in this cause immediately upon entry of such order or judgment.

ARDOIN, MCKOWEN & ORY, LLC
505 West Third Street
Thibodaux, Louisiana 70301
(985) 446-3333 Telephone
(985) 446-3300 Facsimile

DAVID W. ARDOIN, Bar Roll No. 24282